June 4, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

KHYATI UNDAVIA, MINU RX, LTD., AND MINU GP, LLC, Appellants

NO. 14-15-00378-CV                V.

AVANT MEDICAL GROUP, P.A. D/B/A INTERVENTIONAL SPINE ASSOCIATES AND BRETT L. GARNER D/B/A ALLIED MEDICAL CENTERS, Appellees

_____

      This cause, an interlocutory permissive appeal from a partial summary judgment order in favor of appellees, Avant Medical Group, P.A. d/b/a Interventional Spine Associates and Brett L. Garner d/b/a Allied Medical Centers, signed, April 24, 2015, was heard on the transcript of the record. The record shows that the requirements for a permissive appeal pursuant to Section 51.014 of the Texas Civil Practice and Remedies Code have not been satisfied. Accordingly, we deny the petition and **DISMISS** the appeal for want of jurisdiction.

      We order appellants, Khyati Undavia, Minu RX, Ltd., and MINU GP, LLC, jointly and severally, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.